

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00218-CV

IN THE INTEREST OF J.B., A CHILD

§ On Appeal from the 393rd District Court

§ of Denton County (16-00637-393)

§ October 25, 2019

§ Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Elizabeth Kerr
　　　Justice Elizabeth Kerr